**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
Telephone:
914-269-2530
Fax: 888-908-6906

H. Bruce Bronson, Jr., Esq.
(admitted NY & the District Court of CT)
Email: hbbronson@bronsonlaw.net

December 14, 2021

***VIA CM/ECF FILING***
Hon. Sean H. Lane
U.S. Bankruptcy Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4140

STATUS REPORT
For Status Confirmation Hearing
December 15, 2021

**Re: Brown Ogwuma and Beatrice Ogwuma; 19-22600-shl**

Dear Judge Lane,

We represent the above referenced debtors, Beatrice Ogwuma and her recently deceased spouse Brown Ogwuma in this Chapter 13 bankruptcy case. As the Court is aware the stay was lifted so that the Debtors could attempt to vacate a default judgment in foreclosure, obtained without notice by the holder of a disputed second mortgage. Unfortunately, the Debtors recently lost this case in the New York Supreme Court.

After taking a short period to collect herself after the death of her spouse, Mrs. Ogwuma has just notified this office of her intent to appeal the decision. She is traveling to burry her husband and will meet with counsel to proceed, upon her return from Nigeria in a few weeks.

Mrs. Ogwuma remained current with her Trustee and the mortgage payments for the first mortgage. Mrs. Ogwuma did receive a tax refund which she intended to turn over to the trustee. However, she needed the funds for expenses related to the funeral and has asked us to amend her plan to provide for this.

**Bronson Law Offices, P.C.**                                        December 14, 2021

      Given the result with respect to the foreclosure of her home it appears it will likely be necessary for Mrs. German to bring an adversary seeking the return of the payments made during the bankruptcy on the first mortgage. This Court has previously indicated it would entertain such a request for relief. Accordingly, Mrs. Ogwuma is seeking an additional adjournment to evaluate and prepare for the next steps. Thank you for your attention to this matter.

                                                  Very truly yours,

                                                  /s/ *H. Bruce Bronson*
                                                  H. Bruce Bronson